**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BRAULIO THORNE,

            Plaintiff,

-against-

FORMULA 1 MOTORSPORTS, INC.,

            Defendant.

-----------------------------------------------------------X

19 **CIVIL** 1077 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated December 19, 2019, Plaintiff's motion for entry of default judgment is GRANTED and Plaintiff is awarded $500 in compensatory damages.

**DATED**: New York, New York
          December 20, 2019

                                      **RUBY J. KRAJICK**

                                          Clerk of Court

                                  By: _____
                                              **Deputy Clerk**