UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,              No.: 1:19-cv-01077

    v.

FORMULA 1 MOTORSPORTS, INC.           **Notice of Voluntary Dismissal**

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1) of the Federal Rules

of Civil Procedure, hereby dismisses the above entitled action without prejudice and without fees

and costs.

Dated: New York, New York
       January 7, 2020

                            **GOTTLIEB & ASSOCIATES**

                            Jeffrey M. Gottlieb

                            Jeffrey M. Gottlieb, Esq. (JG-7905)
                            Dana L. Gottlieb, Esq (DG-6151)
                            150 East 18th Street
                            Suite PHR
                            New York, New York 10003
                            (212) 228-9795
                            Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge